IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEONARD P. LUCHKO, et al. | : | NO.: 06-cr-0319-ALL |

O R D E R

AND NOW, this **24**[th] day of **MARCH, 2017,** it is hereby

ORDERED that the above-captioned case is reassigned at random pursuant to Local Rule 50.1 of the Local Rules of Criminal Procedure from the calendar of the Honorable Ronald L. Buckwalter to the calendar of the Honorable Lawrence F. Stengel.

FOR THE COURT:

/s/   Petrese B. Tucker
PETRESE B. TUCKER
Chief Judge