IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LEONARD P. LUCHKO, et al.** | : | **NO.: 06-cr-0319-ALL** |

**O R D E R**

**AND NOW**, this **6ᵀᴴ** day of **SEPTEMBER 2019,** it is hereby

**ORDERED** that the above-captioned case is reassigned at random pursuant to Local Rule 50.1 of the Local Rules of Criminal Procedure from the calendar of the Honorable Lawrence F. Stengel, to the calendar of the Honorable Eduardo C. Robreno.

**FOR THE COURT:**

/s/   Juan R. Sánchez
**JUAN R. SÁNCHEZ**
**Chief Judge**